# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Nicholas Martin
                                    Plaintiff,

v.                                                        Case No.: 1:10–cv–03300
                                                          Honorable John A. Nordberg

LVNV Funding, LLC, et al.
                                    Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Friday, March 25, 2011:


MINUTE entry before Honorable John A. Nordberg: All matters of controversy having been resolved this case is dismissed with leave to request reinstatement within 30 days.Civil case terminated. Mailed notice(tlp,)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.